UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES, SR., | 1:04-cv-05853-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 22), **DISMISSING ACTION AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANT** |
| vs. | |
| D. TOLBERT, | |
| Defendant. | |

Frederick Jones, Sr. ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 9, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed March 9, 2006,
8 are ADOPTED IN FULL.
9    2.   This action is DISMISSED in its entirety.
10   3.   The Clerk of the Court is directed to enter judgment
11 for defendant.
12 IT IS SO ORDERED.
13 **Dated:  May 31, 2006**                    /s/ Robert E. Coyle
   668554                              UNITED STATES DISTRICT JUDGE